# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0039
LT Case No. 2014-CF-2673

_____

TERRANCE SOPENASKY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Jessica J. Yeary, Public Defender, and Justin Foster Karpf,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____